IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-299-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOMMIE RAND PIERCE, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend sentence. Defendant has shown no legal basis for said motion; therefore the motion [DE #43] is DENIED.

This 28th day of May 2014.

                                                */s/ Malcolm J. Howard*
                                                Malcolm J. Howard
                                                Senior United States District Judge

At Greenville, NC
#26